Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA


FILED
2024 AUG -6  P 3: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Patti McGee Brown, and
James P. Brown
*Plaintiffs*

v.

University of Alabama, et al
*Defendant*

Case No.: 7:24cv1069-GMB
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff**
        Name: Patti McGee Brown and James P. Brown
        Street Address: 13544 Perdido Key Dr
        City and County: Perdido, Escambia County
        State and Zip Code: Florida 32507
        Telephone Number: 205-563-5080

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
- Name: University of Alabama
- Job or Title: C/O Office of Council
- Street Address: Box 870106
- City and County: Tuscaloosa, Tuscaloosa County
- State and Zip Code: Alabama 35487-0106

Defendant No. 2
- Name: Kay Palan
- Job or Title: Dean, Culverhouse School of Business
- Street Address: 361 Stadium Drive
- City and County: Tuscaloosa, Tuscaloosa County
- State and Zip Code: Alabama 35487

Defendant No. 3
- Name: Joanne Hale
- Job or Title: Associate Dean, Culverhouse School of Business
- Street Address: 361 Stadium Drive
- City and County: Tuscaloosa, Tuscaloosa County
- State and Zip Code: Alabama 35487

Defendant No. 4
- Name: Kristy Reynolds
- Job or Title: Marketing Department Head, Culverhouse School of Business
- Street Address: 361 Stadium Drive
- City and County: Tuscaloosa, Tuscaloosa County
- State and Zip Code: Alabama 35487

|                        |     |
|------------------------|-----|
| Defendant No. 5 Name   | n/a |
| Job or Title           |     |
| Street Address         |     |
| City and County        |     |
| State and Zip Code     |     |

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address _____

**B.   If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 1983 - Civil action for deprivation of rights.

The right at issue is the Constitutional First Amendment right of free speech.

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____ is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   _____

   _____

III. **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Please see attached Cause of Action**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays for judgement against the Defendant as follows:
1. For loss of earnings for two years in the amount of $240,000;
2. For ongoing earnings loss in an amount to be determined;
3. For punitive and exemplary damages as the Court deems appropriate;
4. For pre- and post-judgement interest, as allowed by law;
5. For an award of cost of suit incurred in this action;
6. For an award of attorney's fees--if any--incurred in this action; and
7. For such other and further relief as the Court may deem proper.

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name: Patti and James   Last Name: Brown
Mailing Address: 13455 Perdido Key Dr.
City and State: Pensacola, Florida   Zip Code: 32507
Telephone Number: 205-563-5080
E-mail Address: jpalmerbrown@gmail.com

Signature of plaintiff: [signed]   [signed]
Date signed: 8/5/2024   8/5/2024

**OPTIONAL**

You may request to receive electronic notifications. You may not file documents or communicate with the court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

      ☒ HTML – Recommended for most e-mail clients
      ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

    jpalmerbrown@gmail.com

Participant signature: *[signed]*

Date: 8/5/2024

## CAUSE OF ACTION

## Deprivation of rights under the First Amendment to the U. S. Constitution

- Plaintiff James Brown was employed for twelve years as a Senior Instructor at the University of Alabama in the Culverhouse College of Business on a non-tenured, 3-year renewable contract.

- When hired, Defendant's Department Head represented and Plaintiffs relied on the representation that the College regularly renews 3-year faculty employment contracts and "has never not renewed a 3-year faculty contract".

- In late 2021, Plaintiff Patti Brown, in the exercise of her constitutionally protected First Amendment Rights, posted several opinion pieces on Facebook which were critical of the University.

- After being made aware of these posts, and because of these posts, Defendant retaliated against Plaintiff's exercise of her free speech rights by not renewing her husband's employment contract.

- Defendant's retaliatory actions would likely have deterred a reasonable person from posting critical opinions online even though the posts are protected by the Constitution under the First Amendment.

- As a result of Defendant's retaliatory actions, Plaintiffs suffered financial, reputational, and emotional harm.

UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFF(S)
Brown, Patti McGee and Brown, James P.

**(b)** County of Residence of First Listed Plaintiff: Escambia, FL

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANT(S)
University of Alabama, et al

County of Residence of First Listed Defendant: Tuscaloosa, AL

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S. Code § 1983

Brief description of cause: Civil Action for Deprivation of First Amendment Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ 240,000 + Court Determined

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

